**No. 11-547 (R46-003). HCP, Inc., fka Health Care Property Investors, Inc., Petitioner v. Ventas, Inc.**

565 U.S. 1031, 132 S. Ct. 572, 181 L. Ed. 2d 418, 2011 U.S. LEXIS 8079.

November 9, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the rules of this Court.

Same case below, 647 F.3d 291.

---

**No. 11A446 (11-6718). Anthony B. Juniper, Petitioner v. Loretta K. Kelly, Warden.**

565 U.S. 1031, 132 S. Ct. 572, 181 L. Ed. 2d 418, 2011 U.S. LEXIS 8078.

November 9, 2011. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied.

Same case below, 281 Va. 277, 707 S.E.2d 290.

---

**No. 10-851. Clarice Stovall, Warden, Petitioner v. Sharee Miller.**

565 U.S. 1031, 132 S. Ct. 573, 181 L. Ed. 2d 418, 2011 U.S. LEXIS 8213.

November 14, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of Greene v. Fisher, 565 U.S. 34, 132 S. Ct. 38, 181 L. Ed. 2d 336 (2011).

Same case below, 608 F.3d 913.

---

**No. 11-305. Scott McEwen, Warden, Petitioner v. Antwion E. Thompson.**

565 U.S. 1032, 132 S. Ct. 578, 181 L. Ed. 2d 418, 2011 U.S. LEXIS 8243.

November 14, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Greene v. Fisher, 565 U.S. 34, 132 S. Ct. 82, 181 L. Ed. 2d 336 (2011).

Same case below, 657 F.3d 784.

---

**No. 11-282. Branch Banking and Trust, Petitioner v. Faith Gordon.**

565 U.S. 1031, 132 S. Ct. 577, 181 L. Ed. 2d 418, 2011 U.S. LEXIS 8155.

November 14, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 131 S. Ct. 1740, 179 L. Ed. 2d 742 (2011).

Same case below, 419 Fed. Appx. 920.